**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**
**February 7, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 05-61082

---

DALE JONES; GEORGE PATTERSON; BETTY PATTERSON; ELIZABETH RAYBORN

Plaintiffs - Appellants

v.

ALFA MUTUAL INSURANCE COMPANIES; ET AL

Defendants

ALFA MUTUAL INSURANCE COMPANIES; ALFA INSURANCE CORPORATION

Defendants - Appellees

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi, Hattiesburg
USDC No. 2:02-CV-843
--------------------

Before KING, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The Order Denying Class Certification entered by the district court is affirmed for essentially the reasons given by the district court.

AFFIRMED.

---

[*] Pursuant to 5ᵀᴴ Cɪʀ. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ Cɪʀ. R. 47.5.4.